# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAZMIN CORTES, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMUNICATIONS TEST DESIGN, INC, a Pennsylvania Corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 5:21-cv-01001-AB (KKx)<br><br><br>**ORDER DISMISSING PLAINTIFF'S 1ST–7TH CAUSES OF ACTION AND REMANDING THE ACTION TO STATE COURT** |

The Court has considered the Parties' Joint Stipulation to Dismiss Plaintiff's 1st–7th Causes of Action and Remand the Action to State Court. (Dkt. No. 18). Good cause appearing, the Court now **ORDERS** the following:

1. Plaintiff's first, second, third, fourth, fifth, sixth, and seventh Class Action causes of action are **DISMISSED**;

2. All dates presently all on calendar for this matter are **VACATED**; and

3. Plaintiff's remaining causes of action are **REMANDED** to the San Bernardino Superior Court.

DATED: March 17, 2022

_____
Hon. André Birotte Jr.
United States District Judge

1